AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00271 |
| Brian Holmes | ) Assigned To : Judge G. Michael Harvey |
| DOB: XXXXXX | ) Assign. Date : 8/23/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) & 2 | (Civil Disorder and Aiding and Abetting) |
| 18 U.S.C. § 111(a)(1) & 2 | (Assaulting/Resisting/Impeding a Federal Officer and Aiding and Abetting) |
| 18 U.S.C. § 1752(a)(1) | (Entering or Remaining in any Restricted Building or Grounds) |
| 18 U.S.C. §§ 1752(a)(2) | (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) |
| 18 U.S.C. §§ 1752(a)(4) | (Engaging in Physical Violence in a Restricted Building or Grounds) |
| 40 U.S.C. § 5104(e)(2)(F) | (Act of Physical Violence in the Capitol Grounds or Buildings) |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __08/23/2024__

_____
Judge's signature

City and state: __Washington, D.C.__   G. Michael Harvey, U.S. Magistrate Judge
Printed name and title